IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN MAHONEY, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 22-2986 |
| | : | |
| v. | : | |
| | : | |
| CEDAR FAIR, L.P., | : | |
| Defendant. | : | |

**ORDER**

**AND NOW**, this 30th day of September, 2022, it having been reported that the parties have settled the above-captioned action, and pursuant to Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is hereby **ORDERED** that this action is **DISMISSED WITH PREJUDICE**, pursuant to agreement of counsel without costs.

The Court shall retain jurisdiction for a period of ninety (90) days while the parties finalize the written settlement agreement and to ensure payment.

BY THE COURT:

By: /s/ *Shana Restucci*
Shana Restucci, Civil Deputy Clerk
The Honorable Edward G. Smith
Shana_Restucci@paed.uscourts.gov